IRELL & MANELLA LLP
Morgan Chu (70446)
mchu@irell.com
Jonathan S. Kagan (166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

David C. McPhie (231520)
dmcphie@irell.com
Rebecca L. Clifford (254105)
reclifford@irell.com
Laura E. Evans (254547)
levans@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949-760-0991
Facsimile: 949-760-5200

Attorneys for Plaintiff Juniper Networks, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Sara A. Poulos (admitted *pro hac vice*)
sapoulos@rkmc.com
Julia Dayton Klein (admitted *pro hac vice*)
jdklein@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Defendants
Altitude Capital Partners, L.P. and Security
Research Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Altitude Capital Partners, L.P., and Security Research Holdings LLC, <br><br> Defendants. | CASE NO.: C09-03449 JSW <br><br> **STIPULATION REGARDING BRIEFING PAGE LIMITS AND ORDER THEREON** |

81120681.1

STIPULATION REGARDING BRIEFING
PAGE LIMITS
C09-03449 JSW

Pursuant to N.D. Cal. Local Rule 7-12, Plaintiff Juniper Networks, Inc. ("Juniper") and Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC hereby stipulate, subject to the approval of this Court, to allow the parties twenty-one pages for the opening and opposition briefs for Defendants' Motion to Dismiss or in the Alternative to Transfer or Stay ("Motion to Dismiss").

WHEREAS, on October 16, 2009, Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC filed a Motion to Dismiss. Docket Nos. 15-18;

WHEREAS, on October 27, 2009, the Clerk of Court for the Northern District of California issued a notice that the case was being reassigned and vacated all hearing dates. *See* Docket No. 25;

WHEREAS, the case was reassigned to the Honorable Jeffrey S. White who has issued as one if his Civil Standing Orders the following:

> 6. **Motions.** All briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required. All declarations shall be filed as separate documents. Briefs exceeding ten pages in length must contain an additional one-page summary of argument, including reference to any important cases cited;

and

WHEREAS, although the Defendants' Motion to Dismiss complied with the Local Rules for the Northern District of California with respect to page limits, the Motion to Dismiss exceeds fifteen pages.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the Defendants that: the page limit for the opening brief and the opposition brief to the Defendants' Motion to Dismiss be extended to twenty-one pages.

81120681.1

1

STIPULATION REGARDING BRIEFING PAGE LIMITS
C09-03449 JSW

DATED: November 16, 2009  Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Laura E. Evans
    Laura E. Evans

Attorney for Plaintiff Juniper Networks, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Julia Dayton Klein
    Julia Dayton Klein

Attorney for Defendants
Altitude Capital Partners, L.P. and Security Research Holdings LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Defendants shall have twenty-one pages for its opening brief on its Motion to Dismiss or in the Alternative to Transfer or Stay and the Plaintiff shall have twenty-one pages for its opposition to the Defendant's Motion to Dismiss or in the Alternative to Transfer or Stay.

Dated: November 30, 2009

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Court Judge