IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIPER NETWORKS, INC.,

    Plaintiff,

v.

ALTITUDE CAPITAL PARTNERS, L.P. and SECURITY RESEARCH HOLDINGS LLC,

    Defendants.

No. C 09-03449 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY**

    This matter is set for a hearing on January 22, 2010 on Defendants' motion to dismiss, or in the alternative, to transfer or stay. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 15, 2009 and a reply brief shall be filed by no later than December 22, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE