1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  mchu@irell.com
   Jonathan S. Kagan (166039)
3  jkagan@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, CA 90067-4276
   Telephone: 310-277-1010
5  Facsimile: 310-203-7199

6  David C. McPhie (231520)
   dmcphie@irell.com
7  Rebecca L. Clifford (254105)
   reclifford@irell.com
8  Laura E. Evans (254547)
   levans@irell.com
9  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
10 Telephone: 949-760-0991
   Facsimile: 949-760-5200
11
   Attorneys for Plaintiff Juniper Networks, Inc.
12
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
13 Sara A. Poulos (admitted *pro hac vice*)
   sapoulos@rkmc.com
14 Julia Dayton Klein (admitted *pro hac vice*)
   jdklein@rkmc.com
15 2800 LaSalle Plaza
   800 LaSalle Avenue
16 Minneapolis, MN 55402-2015
   Telephone: 612-349-8500
17 Facsimile: 612-339-4181

18 Attorneys for Defendants
   Altitude Capital Partners, L.P. and Security
19 Research Holdings LLC

20                     UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  Juniper Networks, Inc., | CASE NO.:  3:09-cv-03449 JSW |
| 23            Plaintiff, | **STIPULATION REGARDING HEARING DATES AND BRIEFING SCHEDULE AND ORDER THEREON** |
| 24  v. | |
| 25  Altitude Capital Partners, L.P., and Security Research Holdings LLC, | |
| 26 | |
| 27            Defendants. | |
| 28 | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION REGARDING HEARING
DATES/BRIEFING SCHEDULE
3:09-CV-03449 JSW

Pursuant to N.D. Cal. Local Rule 7-11, Plaintiff Juniper Networks, Inc. ("Juniper") and Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC hereby stipulate, subject to the approval of this Court, to move the hearing dates for the case management conference and for Defendants' Motion to Dismiss or in the Alternative to Transfer or Stay ("Motion to Dismiss") to February 26, 2010 and to have the opposition to the Motion to Dismiss due January 22, 2010 and the reply due January 29, 2010.

WHEREAS, on November 12, 2009 Judge White set the case management hearing for January 22, 2010;

WHEREAS, on November 30, 2009 Defendants noticed their Motion to Dismiss for hearing on January 22, 2010;

WHEREAS, Morgan Chu, Jonathan Kagan, and David McPhie, counsel for Plaintiff, are going to trial in the case of *Linear Tech. Corp. v. Applied Materials, Inc.*, Case No. CV806004, proceeding in Santa Clara County Superior Court for approximately four weeks from the middle of January to the middle of February; and

WHEREAS, Plaintiff requires additional time to complete discovery in order to prepare its opposition to the Motion to Dismiss;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the Defendants that: the hearing dates for both the case management conference and the Motion to Dismiss be rescheduled to February 26, 2010 and the briefing schedule for the Motion to Dismiss be changed such that Plaintiff's opposition is due January 22, 2010 and Defendants' reply is due January 29, 2010.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1

STIPULATION REGARDING HEARING
DATES/BRIEFING SCHEDULE
3:09-CV-03449 JSW

| | | |
|---|---|---|
| 1 | DATED: December 14, 2009 | Respectfully submitted, |
| 2 | | IRELL & MANELLA LLP |
| 3 | | |
| 4 | | By: /s/ Laura E. Evans<br>   Laura E. Evans |
| 5 | | Attorney for Plaintiff Juniper Networks, Inc. |
| 6 | | |
| 7 | | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 8 | | By: /s/ Julia Dayton Klein<br>   Julia Dayton Klein |
| 9 | | |
| 10 | | Attorney for Defendants |
| 11 | | Altitude Capital Partners, L.P. and Security Research Holdings LLC |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2

STIPULATION REGARDING HEARING
DATES/BRIEFING SCHEDULE
3:09-CV-03449 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>Altitude Capital Partners, L.P., and Security Research Holdings LLC,<br><br>                    Defendants. | CASE NO.:   C09-03449 JSW<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING HEARING DATES/BRIEFING SCHEDULE<br><br>Date:            February 26, 2010<br>Times:          9:00 a.m., 1:30 p.m.<br>Courtroom:  11, 19th Floor (San Francisco)<br>Judge:          The Honorable Jeffrey S. White |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___December 15, 2009_____       _____/s/ Jeffrey S. White_____
                                                                                    HON. JEFFREY S. WHITE
                                                                                    United States District Court Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1

[PROPOSED] ORDER ON STIPULATION REGARDING
HEARING DATES/BRIEFING SCHEDULE
3:09-CV-03449 JSW