UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JUNIPER NETWORKS, INC.-C-ALTITUDE CAPITAL PARTNERS, L.P.<br>          Plaintiff(s),<br>     v.<br>JUNIPER NETWORKS, INC.-C-ALTITUDE CAPITAL PARTNERS, L.P.<br>          Defendant(s). | No. C 09-03449 JSW (MEJ)<br>**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |

The Court is in receipt of Plaintiff's discovery letter, filed January 8, 2010. (Dkt. #48.) In its request, Plaintiff states that Defendant's counsel has failed to comply with discovery obligations. Pursuant to Magistrate Judge James' discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer, in person, on January 22, 2010 at 9:30 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: January 11, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge