ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    IRELL & MANELLA LLP
     Morgan Chu (70446)
2    mchu@irell.com
     Jonathan S. Kagan (166039)
3    jkagan@irell.com
     1800 Avenue of the Stars, Suite 900
4    Los Angeles, CA 90067-4276
     Telephone: 310-277-1010
5    Facsimile: 310-203-7199

6    David C. McPhie (231520)
     dmcphie@irell.com
7    Rebecca L. Clifford (254105)
     reclifford@irell.com
8    Laura E. Evans (254547)
     levans@irell.com
9    840 Newport Center Drive, Suite 400
     Newport Beach, CA 92660-6324
10   Telephone: 949-760-0991
     Facsimile: 949-760-5200

11
     Attorneys for Plaintiff Juniper Networks, Inc.
12
     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
13   Sara A. Poulos (admitted *pro hac vice*)
     sapoulos@rkmc.com
14   Julia Dayton Klein (admitted *pro hac vice*)
     jdklein@rkmc.com
15   2800 LaSalle Plaza
     800 LaSalle Avenue
16   Minneapolis, MN  55402-2015
     Telephone: 612-349-8500
17   Facsimile: 612-339-4181

18   Attorneys for Defendants
     Altitude Capital Partners, L.P. and Security
19   Research Holdings LLC

20                  UNITED STATES DISTRICT COURT

21                 NORTHERN DISTRICT OF CALIFORNIA

22   Juniper Networks, Inc.,                CASE NO.:   C09-03449 JSW

23              Plaintiff,                  **STIPULATION REGARDING BRIEFING
                                            SCHEDULE**
24   v.                                     **AND ORDER THEREON**

25   Altitude Capital Partners, L.P., and
     Security Research Holdings LLC,
26
                Defendants.
27

28

     81205696.1
                                         STIPULATION REGARDING BRIEFING SCHEDULE
                                                                   C09-03449 JSW

1    Pursuant to N.D. Cal. Local Rule 7-12, Plaintiff Juniper Networks, Inc. ("Juniper") and

2    Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC hereby stipulate,

3    subject to the approval of this Court, to move the briefing schedule for the Defendants' Motion to

4    Dismiss or in the Alternative to Transfer or Stay ("Motion to Dismiss") to have the opposition to

5    the Motion to Dismiss due February 5, 2010 and the reply due February 12, 2010:

6    WHEREAS, on October 16, 2009, Defendants Altitude Capital Partners, L.P. and Security

7    Research Holdings LLC filed a Motion to Dismiss (Docket Nos. 15-18);

8    WHEREAS, Juniper's brief in opposition to the Motion to Dismiss is currently due

9    January 22, 2010 and Defendants' reply brief is currently due January 29, 2010;

10    WHEREAS, a deposition in this case relating to the briefing on Defendants' motion has

11    recently been rescheduled to a date later than originally planned;

12    WHEREAS, in light of the rescheduled deposition, an adjustment of the current briefing

13    schedule on the Motion to Dismiss would be appropriate for the convenience of the parties and the

14    Court;

15    WHEREAS, the requested time modification will have no effect on any schedule in this

16    case because the case management conference has not yet taken place and, therefore, the schedule

17    for this case has yet to be set, and will furthermore not disrupt the current hearing date;

18    WHEREAS, the case schedule has been modified on just one previous occasion pursuant

19    to a stipulation filed on December 14, 2009.

20    Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the

21    Defendants that: the briefing schedule for the Motion to Dismiss be changed such that Plaintiff's

22    opposition is due February 5, 2010 and Defendants' reply is due February 12, 2010.

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81205696.1

2

STIPULATION REGARDING BRIEFING SCHEDULE
C09-03449 JSW

1

2    DATED:  January 14, 2009                    Respectfully submitted,

3                                                IRELL & MANELLA LLP

4                                                By:  /s/Laura E. Evans
                                                       Laura E. Evans
5
                                                 Attorney for Plaintiff Juniper Networks, Inc.
6

7                                                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

8

9                                                By: /s/ Julia Dayton Klein
                                                       Julia Dayton Klein
10

11                                               Attorney for Defendants
                                                 Altitude Capital Partners, L.P. and Security Research
12                                               Holdings LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

81205696.1                                       STIPULATION REGARDING BRIEFING SCHEDULE
                                                                          C09-03449 JSW

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule for the Motion to Dismiss shall be changed such that Plaintiff's opposition is due February 5, 2010, and Defendants' reply is due February 12, 2010.

Dated: ___January 15___, 2010

_____
HON. JEFFREY S. WHITE
United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81205696.1

STIPULATION REGARDING BRIEFING SCHEDULE
C09-03449 JSW