IRELL & MANELLA LLP
Morgan Chu (70446)
mchu@irell.com
Jonathan S. Kagan (166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

David C. McPhie (231520)
dmcphie@irell.com
Rebecca L. Clifford (254105)
reclifford@irell.com
Laura E. Evans (254547)
levans@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949-760-0991
Facsimile: 949-760-5200

Attorneys for Plaintiff Juniper Networks, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Sara A. Poulos (admitted *pro hac vice*)
sapoulos@rkmc.com
Julia Dayton Klein (admitted *pro hac vice*)
jdklein@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Defendants
Altitude Capital Partners, L.P. and Security
Research Holdings LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Altitude Capital Partners, L.P., and<br>Security Research Holdings LLC,<br><br>       Defendants. | CASE NO.: C09-03449 JSW (MEJ)<br><br>**STIPULATION REGARDING HEARING AND BRIEFING SCHEDULE AND ORDER THEREON** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81242081.1

STIPULATION REGARDING HEARING
AND BRIEFING SCHEDULE
C09-03449 JSW (MEJ)

1    Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiff Juniper Networks, Inc. ("Juniper")

2    and Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC hereby

3    stipulate, subject to the approval of this Court, to move the hearing and the briefing schedule for

4    the Defendants' Motion to Dismiss or in the Alternative to Transfer or Stay ("Motion to

5    Dismiss"). The parties agree, subject to the Court's approval, to have the hearing on the Motion to

6    Dismiss on  March 12, 2010, at 9:00 a.m., or at the Court's convenience, and to have Plaintiff's

7    opposition to the Motion to Dismiss due February 19, 2010, and Defendants' reply due February

8    26, 2010:

9    WHEREAS, on October 16, 2009, Defendants Altitude Capital Partners, L.P. and Security

10   Research Holdings LLC filed a Motion to Dismiss (Docket Nos. 15-18);

11   WHEREAS, Juniper's brief in opposition to the Motion to Dismiss is currently due

12   February 5, 2010, and the Defendants' reply brief is currently due February 12, 2010;

13   WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for February 26,

14   2010, at 9:00 a.m.;

15   WHEREAS, a deposition in this case relating to the briefing on the Motion to Dismiss has

16   recently been rescheduled to a date later than originally planned due to illness;

17   WHEREAS, in light of the rescheduled deposition, an adjustment of the current hearing

18   date and the current briefing schedule on the Motion to Dismiss would be appropriate for the

19   convenience of the parties and the Court;

20   WHEREAS, the requested time modification will have no effect on any schedule in this

21   case because the case management conference has not yet taken place, and therefore, the schedule

22   for this case has yet to be set;

23   WHEREAS, the case schedule has been modified on two previous occasions pursuant to

24   stipulations filed on December 14, 2009, and January 14, 2010.

25   Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the

26   Defendants that: the hearing on the Motion to Dismiss be rescheduled to March 12, 2010, at 9:00

27   a.m., or at the Court's convenience, and the briefing schedule for the Motion to Dismiss be

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81242081.1

2

STIPULATION REGARDING HEARING
AND BRIEFING SCHEDULE
C09-03449 JSW (MEJ)

1  changed such that Plaintiff's opposition is due February 19, 2010, and the Defendants' reply is

2  due February 26, 2010.

3

4  DATED:  January 27, 2010                    Respectfully submitted,

5                                              IRELL & MANELLA LLP

6

7                                              By:  /s/ Laura E. Evans
                                                    Laura E. Evans

8                                              Attorney for Plaintiff Juniper Networks, Inc.

9

10                                             ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

11                                             By:  /s/ Julia Dayton Klein
                                                    Julia Dayton Klein

12

13                                             Attorney for Defendants
14                                             Altitude Capital Partners, L.P. and Security Research
                                               Holdings LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

81238912.1
81242081.1                                  3        STIPULATION REGARDING HEARING
                                                     AND BRIEFING SCHEDULE
                                                     C09-03449 JSW (MEJ)

1

**[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on the Motion to
                                         March 19, 2010
3  Dismiss be rescheduled to March 12, 2010, at 9:00 a.m. and the briefing schedule for the Motion

4  to Dismiss shall be changed such that Plaintiff's opposition is due February 19, 2010, and

5  Defendants' reply is due February 26, 2010.

6

7  Dated: __January 27__, 2010

8                                                    _____
                                                      HON. JEFFREY S. WHITE
9                                                      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION REGARDING
HEARING AND BRIEFING SCHEDULE
C09-03449 JSW (MEJ)

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS