IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALTITUDE CAPITAL PARTNERS, L.P. and<br>SECURITY RESEARCH HOLDINGS LLC,<br><br>Defendants. | No. C 09-03449 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss, or in the alternative, to transfer or stay which has been noticed for hearing on Friday, March 19, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: March 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE