# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation, | Case No. 3:09-cv-03449 |
| Plaintiff, | [PROPOSED] ORDER ~~GRANTING~~ **DENYING** PLAINTIFF JUNIPER NETWORKS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| ALTITUDE CAPITAL PARTNERS, L.P., a Delaware limited partnership, and SECURITY RESEARCH HOLDINGS LLC, a Delaware limited liability company, | |
| Defendants. | |

The Court hereby ~~**GRANTS**~~ **DENIES** Plaintiff Juniper Networks, Inc.'s request to appear telephonically at the Case Management Conference in this matter currently scheduled for April 2, 2010, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 29, 2010

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER GRANTING JUNIPER'S REQUEST
TO APPEAR TELEPHONICALLY AT CMC
CASE NO. 3:09-cv-03449
2210577.