UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Altitude Capital Partners, L.P., and Security Research Holdings LLC, <br><br> Defendants. | CASE NO.: C09-03449 JSW-MEJ <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE STATEMENT OF RECENT DECISION |

Pursuant to Civil Local Rules 7-11 and 7-3(d), this Court GRANTS Defendants' Administrative Request to file a Statement of Recent Decision, which was filed as Exhibit A to Defendants' Administrative Request on June 29, 2010.

Defendants may file the Statement of Recent Decision as a separate docket item.

**IT IS SO ORDERED.**

Dated: June 30, 2010

_____
JEFFREY S. WHITE
United States District Court Judge

In addition, considering the change of circumstances, the Court HEREBY TERMINATES Defendants' pending motion to dismiss, without prejudice to re-filing.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS