UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ALTITUDE CAPITAL PARTNERS, L.P., a Delaware limited partnership, and SECURITY RESEARCH HOLDINGS LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:09-cv-03449<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JUNIPER NETWORKS, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Northern District Civil Local Rules 7-11 and 79-5, this Court **GRANTS** Plaintiff's Administrative Request to File Under Seal the following documents:

1. Portions of the Joint Report Regarding Status of Document Production.

2. Exhibit A to the Joint Report Regarding Status of Document Production.

**IT IS SO ORDERED**.

Dated: July 1, 2010

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
UNDER SEAL
CASE NO. 3:09-cv-03449
2227606.