IRELL & MANELLA LLP
Morgan Chu (70446)
mchu@irell.com
Jonathan S. Kagan (166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

David C. McPhie (231520)
dmcphie@irell.com
Rebecca L. Clifford (254105)
reclifford@irell.com
Laura E. Evans (254547)
levans@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949-760-0991
Facsimile: 949-760-5200

Attorneys for Plaintiff Juniper Networks, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Sara A. Poulos (admitted *pro hac vice*)
sapoulos@rkmc.com
Julia Dayton Klein (admitted *pro hac vice*)
jdklein@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Defendants
Altitude Capital Partners, L.P. and Security
Research Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Altitude Capital Partners, L.P., and Security Research Holdings LLC, <br><br> Defendants. | CASE NO.: C09-03449 JSW-MEJ <br><br> **STIPULATION REGARDING BRIEFING PAGE LIMITS AND ORDER THEREON** |

Pursuant to N.D. Cal. Local Rule 7-12, Plaintiff Juniper Networks, Inc. ("Juniper") and Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC (collectively, "Defendants") hereby stipulate, subject to the approval of this Court, to allow the parties twenty-two pages for the opening and opposition briefs for Defendants' Motion to Dismiss or in the Alternative to Transfer ("Motion to Dismiss").

WHEREAS, on October 16, 2009, Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC filed a Motion to Dismiss before Magistrate Judge Maria-Elena James. *See* Docket Nos. 15-18;

WHEREAS, on October 27, 2009, the Clerk of Court for the Northern District of California issued a notice that the above-captioned case was being reassigned to the Honorable Jeffrey S. White. The Clerk of Court also vacated all hearing dates. *See* Docket No. 25;

WHEREAS, Judge White has issued as one if his Civil Standing Orders the following:

> 6. **Motions.** All briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required. All declarations shall be filed as separate documents. Briefs exceeding ten pages in length must contain an additional one-page summary of argument, including reference to any important cases cited;

WHEREAS, on November 16, 2009, after the above-captioned case was re-assigned to the Honorable Jeffrey S. White, the parties filed a Stipulation and Proposed Order Regarding Briefing Page Limits and Order Thereon, requesting to extend the briefing page limits from fifteen to twenty-one. *See* Docket No. 33;

WHEREAS, on November 30, 2009, Judge White granted the parties' joint request to extend the briefing page limits from fifteen to twenty-one. *See* Docket No. 34;

WHEREAS, on November 30, 2009, the Defendants re-filed their Motion to Dismiss. The memorandum in support of the Defendants' Motion to Dismiss was twenty-one pages long. *See* Docket Nos. 36-37;

WHEREAS, on June 29, 2010, the Defendants filed an Administrative Request to File Statement of Recent Decision and notified Judge White that the Defendants are withdrawing a portion of the pending motion to dismiss. *See* Docket No. 124;

WHEREAS, on June 30, 2010, Judge White issued an Order Granting Defendants' Administrative Request to File Statement of Recent Decision and terminated the Defendants' pending motion to dismiss without prejudice as to re-filing. *See* Docket No. 125;

WHEREAS, the memorandum in support of the soon to be re-filed Defendants' Motion to Dismiss or to Transfer exceeds fifteen pages.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the Defendants that the page limit for the opening brief and the opposition brief to the Defendants' Motion to Dismiss be extended to twenty-two pages.

DATED: August 5, 2010

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ David C. McPhie

Attorney for Plaintiff Juniper Networks, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Julia Dayton Klein
　　Julia Dayton Klein

Attorney for Defendants
Altitude Capital Partners, L.P. and Security Research Holdings LLC

Case3:09-cv-03449-JSW Document129 Filed08/05/10 Page44of44
Case 3:09-cv-03449-JSW Document 130 Filed 08/05/10 Page 4 of 4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Defendants shall have twenty-two pages for its opening brief on its Motion to Dismiss or in the Alternative to Transfer or Stay and the Plaintiff shall have twenty-two pages for its opposition to the Defendant's Motion to Dismiss or in the Alternative to Transfer.

Dated: __August 5__, 2010

_____
HON. JEFFREY S. WHITE
United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81629374.1

1

[PROPOSED] ORDER RE STIPULATION
REGARDING BRIEFING PAGE LIMITS
C09-03449 JSW-MEJ