1 | Andrew T. Oliver (CA Bar No. 226098)
  | atoliver@townsend.com
2 | TOWNSEND AND TOWNSEND AND CREW LLP
  | 379 Lytton Avenue
3 | Palo Alto, CA 94301-1431
  | Telephone: 650-326-2400
4 | Facsimile:  650-326-2422

5 | Sara A. Poulos (admitted *pro hac vice*)
  | sapoulos@rkmc.com
6 | Julia Dayton Klein (admitted *pro hac vice*)
  | jdklein@rkmc.com
7 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
  | 2800 LaSalle Plaza
8 | 800 LaSalle Avenue
  | Minneapolis, MN 55402-2015
9 | Telephone: 612-349-8500
  | Facsimile: 612-339-4181

Attorneys for Defendants
Altitude Capital Partners, L.P. and Security
Research Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Juniper Networks, Inc., | CASE NO.: C09-03449 JSW-MEJ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| Altitude Capital Partners, L.P., and Security Research Holdings LLC, | |
| Defendants. | |

81773895.1                                                     1

Pursuant to Civil Local Rules 7-11 and 79-5, this Court GRANTS Defendants' Administrative Request to file under seal the following document:

Exhibit R to the Supplemental Declaration of Julia Dayton Klein in Support of Defendants' Reply in Support of Defendants' Motion to Dismiss, or in the Alternative, to Transfer or Stay, lodged on October 8, 2010.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
JEFFREY S. WHITE
United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81773895.1

2

[PROPOSED] ORDER GRANTING DEFS' ADMIN. REQUEST TO FILE DOCUMENT UNDER SEAL
C09-03449 JSW