UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALTITUDE CAPITAL PARTNERS, L.P., a Delaware limited partnership, and SECURITY RESEARCH HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:09-cv-03449<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF JUNIPER NETWORKS, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to Northern District Civil Local Rules 7-11 and 79-5, this Court **GRANTS** Plaintiff's Administrative Request to File Under Seal the following documents:

1. Exhibit 1 of the Declaration of Azar Mouzari In Support of Juniper's Opposition to the Motion to Dismiss Or In the Alternative to Transfer (the "Declaration").

2. Exhibit 2 of the Declaration.

3. Exhibit 11 of the Declaration.

4. Exhibit 12 of the Declaration.

5. Exhibit 13 of the Declaration.

6. Exhibit 14 of the Declaration.

7. Exhibit 15 of the Declaration.

- 2 -

1  8.  Exhibit 16 of the Declaration.
2  9.  Exhibit 17 of the Declaration.
3  10. Exhibit 18 of the Declaration.
4  11. Exhibit 19 of the Declaration.
5  12. Exhibit 23 of the Declaration.
6  13. Exhibit 24 of the Declaration.
7  14. Portions of Juniper's Opposition to Defendants' Motion to Dismiss Or In the Alternative to Transfer.

**IT IS SO ORDERED.**

Dated: November 10, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

- 2 -
2314237  [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL; CASE NO. 3:09-cv-03449