# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALTITUDE CAPITAL PARTNERS, L.P., a Delaware limited partnership, and SECURITY RESEARCH HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:09-cv-03449<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF JUNIPER NETWORKS, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to Northern District Civil Local Rules 7-11 and 79-5, this Court **GRANTS** Plaintiff's Administrative Request to File Under Seal the following document:

1. A portion of Juniper's Administrative Request For Continuance Of Hearing On Defendants' Motion To Dismiss.

**IT IS SO ORDERED.**

Dated: December 1, 2010

JEFFREY S. WHITE
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL; CASE NO. 3:09-cv-03449

2344696