UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juniper Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Altitude Capital Partners, L.P., and Security Research Holdings LLC, <br><br> Defendants. | CASE NO.: C09-03449 JSW <br><br> **[PROPOSED]** **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, this Court GRANTS Defendants' Administrative Request to file under seal the Defendants' Motion to Dismiss the Amended Complaint for Declaratory Judgment or in the Alternative to Transfer, Including Notice of Motion and Memorandum in Support.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
JEFFREY S. WHITE
United States District Court Judge

82059463.1

[PROPOSED] ORDER RE
DEFS.' ADMINISTRATIVE REQUEST
C09-03449 JSW