1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  mchu@irell.com
   Jonathan S. Kagan (166039)
3  jkagan@irell.com
   Jenifer Ellis (262806)
4  jellis@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, CA 90067-4276
   Telephone: 310-277-1010
6  Facsimile: 310-203-7199

7  David C. McPhie (231520)
   dmcphie@irell.com
8  Laura E. Evans (254547)
   levans@irell.com
9  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
10 Telephone: 949-760-0991
   Facsimile: 949-760-5200

11
   Attorneys for Plaintiff Juniper Networks, Inc.
12
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
13 Sara A. Poulos (admitted *pro hac vice*)
   sapoulos@rkmc.com
14 Julia Dayton Klein (admitted *pro hac vice*)
   jdklein@rkmc.com
15 2800 LaSalle Plaza
   800 LaSalle Avenue
16 Minneapolis, MN 55402-2015
   Telephone: 612-349-8500
17 Facsimile: 612-339-4181

18 Attorneys for Defendants
   Altitude Capital Partners, L.P. and Security
19 Research Holdings LLC

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22 | Juniper Networks, Inc.,                          | CASE NO.: 3:09-cv-03449 JSW
23 |                 Plaintiff,                       | **STIPULATION CONTINUING
24 | v.                                               | DEFENDANTS' MOTION TO TAX COSTS
                                                        AND FEES AND ORDER THEREON**
25 | Altitude Capital Partners, L.P., and
26 | Security Research Holdings LLC,
27 |                 Defendants.

28

82189377.1                                          STIPULATION CONTINUING DEFENDANTS'
                                                    MOTION TO TAX COSTS AND FEES
                                                    3:09-CV-03449 JSW

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Pursuant to N.D. Cal. Local Rule 7-12, Plaintiff Juniper Networks, Inc. ("Juniper") and Defendants Altitude Capital Partners, L.P. and Security Research Holdings LLC ("Defendants") (collectively, the "Parties") hereby enter into the following stipulation regarding briefing on Defendants' Motion for Costs and Fees (Dkt. No. 224) ("Motion"):

WHEREAS, on April 19, 2011, Judge White entered a judgment dismissing this case;

WHEREAS, on April 28, 2011, Juniper filed its notice of appeal to the Federal Circuit;

WHEREAS, on May 3, 2011, Defendants filed their Motion in which they requested (among other things) that the Court stay any further briefing on the Motion until after the completion of the appeal proceedings; and

WHEREAS, the Parties agree it would save judicial resources to postpone further briefing on this issue until the Federal Circuit has resolved the matters presented on appeal;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between Juniper and the Defendants that, in the event that the Federal Circuit affirms the Court's judgment dismissing this case:

(1) Defendants shall have 14 days after the Federal Circuit enters its judgment to file a Renewed Motion to Tax Costs and Fees (the "Renewed Motion");

(2) Juniper's opposition to the Renewed Motion shall be due 28 days from the Federal Circuit's entry of judgment ; and

(3) Defendants' reply shall be due 35 days from the Federal Circuit's entry of judgment.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

82189377.1

1

[PROPOSED] ORDER ON STIPULATION CONTINUING
DEFENDANTS' MOTION TO TAX COSTS AND FEES
3:09-CV-03449 JSW

DATED: May 13, 2011    Respectfully submitted,

IRELL & MANELLA LLP


By: /s/ Jenifer Ellis_____
    Jenifer Ellis

Attorney for Plaintiff Juniper Networks, Inc.


ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By: /s/ Julia Dayton Klein_____
    Julia Dayton Klein


Attorney for Defendants
Altitude Capital Partners, L.P. and Security Research Holdings LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ___May 13, 2011_____    _____
    HON. JEFFREY S. WHITE
    United States District Court Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

82189377.1

2

STIPULATION CONTINUING DEFENDANTS'
MOTION TO TAX COSTS AND FEES
3:09-CV-03449 JSW